| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: DISTRICT OF DELAWARE |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **HTG Molecular Diagnostics, Inc.** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **86-0912294** |
| 4. | Debtor's address | **Principal place of business**  **3430 E Global Loop**  **Tucson, AZ 85706**  Number, Street, City, State & ZIP Code  **Pima**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **htgmolecular.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **HTG Molecular Diagnostics, Inc.**  Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor  **HTG Molecular Diagnostics, Inc.**                                    Case number (*if known*)
              Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☒ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 3

Debtor **HTG Molecular Diagnostics, Inc.**　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

☐ $50,001 - $100,000　　　　☐ $10,000,001 - $50 million　　　　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　　　☐ $50,000,001 - $100 million　　　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　　　☐ $100,000,001 - $500 million　　　　☐ More than $50 billion

| Debtor | **HTG Molecular Diagnostics, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  5, 2023**
                         MM / DD / YYYY

**X** **/s/ Shaun McMeans**                                                          **Shaun McMeans**
Signature of authorized representative of debtor                     Printed name

Title   **Senior Vice President and Chief Financial Officer**

**18. Signature of attorney**

**X** **/s/ Frederick B. Rosner**                                                    Date **June  5, 2023**
Signature of attorney for debtor                                                         MM / DD / YYYY

**Frederick B. Rosner**
Printed name

**The Rosner Law Group, LLC**
Firm name

**824 N Market St**
**Suite 810**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 777-1111**          Email address   **rosner@teamrosner.com**

**3995 DE**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

**Official Form 201A (12/15)**

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## District of Delaware

In re **HTG Molecular Diagnostics, Inc.**                                                                    Case No. _____
                                         Debtor(s)                                                                                    Chapter **11**

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **001-37369**.

2. The following financial data is the latest available information and refers to the debtor's condition on **5/31/2023**.

   a. Total assets                                                                                              $     **6,693,254.00**

   b. Total debts (including debts listed in 2.c., below)                              $     **8,997,813.00**

   c. Debt securities held by more than 500 holders:

   |   |   |   |   |   | Approximate number of holders: |
   |---|---|---|---|---|---|
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |

   d. Number of shares of preferred stock                                                       **0**                        **0**

   e. Number of shares common stock                                                      **2,214,233**                **0**

   Comments, if any:

3. Brief description of Debtor's business:
   **Life science company whose mission is to advance precision medicine through its transcriptome-wide profiling technology and advanced medicinal chemistry technology**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

HTG Molecular Diagnostics, Inc.

Resolution of the Board of Directors

After a special meeting of the board of directors of HTG Molecular Diagnostics, Inc. (the Company) called and conducted pursuant to the Company's bylaws.

The Board finds based upon the presentations of management it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court District of Delaware pursuant to Chapter 11 of Title 11 of the United States Code;

Now therefore,

Resolved, that Shaun McMeans, Senior Vice President and Chief Financial Officer of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Resolved, that Shaun McMeans, Senior Vice President and Chief Financial Officer of the Company is authorized and directed to act as the responsible person for the Company and to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Resolved, that Shaun McMeans, Senior Vice President and Chief Financial Officer of the Company is authorized and directed to employ counsel to represent the Company as debtor and debtor in possession.

Dated:

                                            HTG Molecular Diagnostics, Inc.

                                            By _____
                                            Its Secretary

121378921.1

**Fill in this information to identify the case:**

Debtor name  **HTG Molecular Diagnostics, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 5, 2023**    X **/s/ Shaun McMeans**
Signature of individual signing on behalf of debtor

**Shaun McMeans**
Printed name

**Senior Vice President and Chief Financial Officer**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **HTG Molecular Diagnostics, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| **BDO USA, LLP** PO Box 677973 Dallas, TX 75267-7973 | | | | | | $44,000.00 |
| **Bernd Bruns** Kurt Schumacher-St. 43 Spyer 67346 GERMANY | | | | | | $20,623.00 |
| **Brian B Tuch** 148 Trinity Road Brisbane, CA 94005 | | | | | | $16,712.50 |
| **Brian McEvilly** 4632 Telescope Ave Carlsbad, CA 92008 | | | | | | $130,000.00 |
| **Byron Lawson** 14065 N Crooked Creek Dr Marana, AZ 85658 | | | | | | $172,500.00 |
| **Charles River Laboratories, Inc.** 251 Ballardvale Street Wilmington, MA 01887 | | | | | | $275,306.00 |
| **Cooley Godward Kronish** 3 Embarcadero Center 20th Floor San Francisco, CA 94111-4004 | | | | | | $47,936.00 |
| **Cordance Operations** 16 W Martin Streeet Raleigh, NC 27601 | | | | | | $11,100.00 |

Debtor  **HTG Molecular Diagnostics, Inc.**                             Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Illumina, Inc.**<br>**12864 Collection Center D**<br>**Chicago, IL 60693-0128** | | | | | | **$57,839.96** |
| **In Position Technologies LLC**<br>**7403 W Boston St**<br>**Chandler, AZ 85226** | | | | | | **$65,124.00** |
| **LIFESCI ADVISORS LLC**<br>**250 W 55th St, 34th Floor**<br>**New York, NY 10019** | | | | | | **$17,330.03** |
| **Maryam Rastegar**<br>**Ludwigstraa YE 2**<br>**Eggenstein-Leopoldsh 76344**<br>**GERMANY** | | | | | | **$42,306.00** |
| **Movianto Nederland B.V.**<br>**Keltenweg 70**<br>**OSS 5342 LP**<br>**NETHERLANDS** | | | | | | **$9,433.72** |
| **Nanosyn Inc.**<br>**3100 Central Expressway**<br>**Santa Clara, CA 95051** | | | | | | **$13,209.39** |
| **NASDAQ Corporate Solutions**<br>**PO Box 780700**<br>**Philadelphia, PA 19178-0700** | | | | | | **$12,934.36** |
| **NuvoGen Research, LLC**<br>**Attn: Richard Kris**<br>**PO Box 64326**<br>**Tucson, AZ 85728** | | | | | | **$3,663,438.00** |
| **Pegasus Properties**<br>**PO Box 231333**<br>**Encinitas, CA 92023** | | | | | | **$51,769.00** |
| **Roche Diagnostics Corp.**<br>**Mail Code 5508**<br>**PO Box 71209**<br>**Charlotte, NC 28272-1209** | | | | | | **$11,863.00** |
| **Selina Gaertner**<br>**Auwaldstrasse 1**<br>**Freiburg 7910**<br>**GERMANY** | | | | | | **$39,332.00** |

Debtor **HTG Molecular Diagnostics, Inc.**    Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WuXi App Tec (HongKong) Ltd**<br>**Unit C, 20/F**<br>**OfficePlus @ Mong Kok**<br>**No. 998 Canton Rd**<br>**Kowloon 999077**<br>**HONG KONG** | | | | | | **$226,522.00** |

**United States Bankruptcy Court**
**District of Delaware**

In re  **HTG Molecular Diagnostics, Inc.**        Case No. _____

Debtor(s)        Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Senior Vice President and Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 5, 2023**       **/s/ Shaun McMeans**
                                               **Shaun McMeans**/**Senior Vice President and Chief Financial Officer**
                                               Signer/Title

| | | |
|---|---|---|
| HTG MOLECULAR DIAGNOSTICS, INC.<br>3430 E GLOBAL LOOP<br>TUCSON, AZ 85706 | AUGUST DEBOUZY<br>7 RUE DE TEHERAN<br>75008 PARIS<br>FRANCE | BYRON LAWSON<br>14065 N CROOKED CREEK DR<br>MARANA, AZ 85658 |
| FREDERICK B. ROSNER<br>THE ROSNER LAW GROUP, LLC<br>824 N MARKET ST<br>SUITE 810<br>WILMINGTON, DE 19801 | BDO USA, LLP<br>PO BOX 677973<br>DALLAS, TX 75267-7973 | C-SCAN TECHNOLOGIES<br>PO BOX 87239<br>PHOENIX, AZ 85080 |
| SILICON VALLEY BANK<br>4730 LA JOLLA VILLAGE DR<br>SUITE 1050<br>SAN DIEGO, CA 92122 | BECKMAN COULTER INC<br>DEPT CH 10164<br>PALATINE, IL 60055-0164 | CAL'S PLUMBING INC.<br>4749 S IRVING AVE<br>TUCSON, AZ 85714 |
| A.I.S. INDUSTRIES, INC.<br>4300 S STATION MASTER DR<br>TUCSON, AZ 85714 | BERND BRUNS<br>KURT SCHUMACHER-ST. 43<br>SPYER 67346<br>GERMANY | CARL KAUB<br>8557 ASPECT DR<br>SAN DIEGO, CA 92108 |
| ACHILLES AIR CONDITIONING<br>1400 CHERRYBELL STRAVENUE<br>TUCSON, AZ 85713 | BERND BRUNS<br>KURT SCHUMACHER-ST. 43<br>SPEYER 67346<br>GERMANY | CBIZ BENEFITS<br>PO BOX 632886<br>CINCINNATI, OH 45623-2886 |
| AGILENT TECHNOLOGIES<br>PO BOX 742108<br>LOS ANGELES, CA 90074-2108 | BIOTIUM, INC.<br>3159 CORPORATE PLACE<br>HAYWARD, CA 94545 | CHARLES RIVER LABORATORIES IN<br>251 BALLARDVALE STREET<br>WILMINGTON, MA 01887 |
| AIRGAS DRY ICE<br>PO BOX 951873<br>DALLAS, TX 75395-1873 | BRIAN B TUCH<br>148 TRINITY ROAD<br>BRISBANE, CA 94005 | CHRISTINA CARRUTHERS<br>787 ADAMS RD<br>DRYDEN, NY 13053 |
| ALPHAGRAPHICS<br>2500 N COYOTE DRIVE<br>SUITE 110<br>TUCSON, AZ 85745 | BRIAN MCEVILLY<br>4632 TELESCOPE AVE<br>CARLSBAD, CA 92008 | CINTAS CORP - FIRST AID<br>PO BOX 631025<br>CINCINNATI, OH 45263-1025 |
| ARAMARK REFRESHMENT SVCS<br>PO BOX 734677<br>DALLAS, TX 75373-4877 | BRIAN MCEVILLY<br>4632 TELESCOPE AVENUE<br>CARLSBAD, CA 92008 | CINTAS CORP LOC 445<br>2201 N FORBES BLVD<br>TUCSON, AZ 85745 |
| ARIZONA DEPARTMENT OF REVENUE<br>1600 W MONROE ST, 7TH FLOOR<br>PHOENIX, AZ 85007 | BRIGHTVIEW LANDSCAPE SERVICE<br>PO BOX 31001-2463<br>PASADENA, CA 91110-2463 | CINTAS FIRE PROTECTION<br>PO BOX 536525<br>CINCINNATI, OH 45263-6525 |

| | | |
|---|---|---|
| CITY OF TUCSON<br>PO BOX 51040<br>LOS ANGELES, CA 90051-5340 | DONNELLEY FINANCIAL, LLC<br>PO BOX 842282<br>BOSTON, MA 02284-2282 | HD BIOSCIENCES<br>29666 NEWORK PL<br>CHICAGO, IL 60673 |
| COOLEY GODWARD KRONISH<br>3 EMBARCADERO CENTER<br>20TH FLOOR<br>SAN FRANCISCO, CA 94111-4004 | FEDEX<br>PO BOX 7221<br>PASADENA, CA 91109-7321 | HTG FRANCE<br>C/O ORCOM<br>101-109 RUE JEAN JAURES<br>92300 LEVALLOIS PERRET<br>FRANCE |
| CORDANCE OPERATIONS<br>16 W MARTIN STREEET<br>RALEIGH, NC 27601 | FEDEX TRADE NETWORKS<br>PO BOX 842206<br>BOSTON, MA 02284-2206 | ILLUMINA, INC.<br>12864 COLLECTION CENTER D<br>CHICAGO, IL 60693-0128 |
| CORPORATION SERVICE COMPANY<br>8825 N 23RD AVE<br>SUITE 100<br>PHOENIX, AZ 85021 | FILTROUS INC.<br>12150 FLINT PL<br>POWAY, CA 92064 | IN POSITION TECHNOLOGIES LL<br>7403 W BOSTON ST<br>CHANDLER, AZ 85226 |
| COX COMMUNICATIONS<br>PO BOX 53249<br>PHOENIX, AZ 85072-3249 | FISHER SCIENTIFIC CO.<br>13551 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | INTEGRATED DNA TECHNOLOGIE<br>PO BOX 74007330<br>CHICAGO, IL 60674-7330 |
| CSA AMERICA TESTING<br>BANK OF AMERICA LOCKBOX SERV<br>PO BOX 74007292<br>CHICAGO, IL 60674-7292 | GARY A PAVELICH<br>GAP JANITORIAL<br>6530 S SLATE MOUNTAIN DR<br>TUCSON, AZ 85748 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPER<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7314 |
| CULLIGAN<br>DEPT 8973<br>PO BOX 77043<br>MINNEAPOLIS, MN 55480-7743 | GENERAL AIR CONTROL, INC.<br>6350 N CAMINO DE LA TIERRA<br>TUCSON, AZ 85741 | IRON MOUNTAIN<br>PPO BOX 601002<br>PASADENA, CA 91189-1002 |
| DELL COMPUTERS<br>PO BOX 6547<br>CAROL STREAM, IL 60197-6547 | GLOBAL O-RING & SEAL<br>PO BOX 4493 MSC#900<br>HOUSTON, TX 77210-4493 | JAMES LAFRANCE<br>10 YORKSHIRE CT<br>FARMINGTON, CT 06032 |
| DELL MARKETING LP<br>C/O DELL USA LP<br>PO BOX 802816<br>CHICAGO, IL 60680-2816 | GODAT DESIGN<br>101 W SIMPSON ST<br>TUCSON, AZ 85701-2268 | JOHN LUBNIEWSKI<br>1692 W PETUNIA PL<br>TUCSON, AZ 85737 |
| DIGITAL MEDIA INNOVATIONS, LLC<br>C/O WEST TECHNOLOGY GROUP, LLC<br>PO BOX 74007143<br>CHICAGO, IL 60674-7143 | HARRY GEORGE<br>6145 MINA VISTA<br>TUCSON, AZ 85718 | JUSTEM RECHTSANWALTE<br>NEUE MAINZER STR. 26<br>FRANKFURT AM MAIN 60311<br>GERMANY |

KBC BANK N.V.
SUCCURSALE FRANCAISE
CS 400041
59030 LILLE CEDEX
FRANCE

KRISTA JACOBSON
4219 E 2NMD ST
TUCSON, AZ 85711

KYM JAMES
9915 N SAND DOLLAR CT
TUCSON, AZ 85743

LAURA DANKER
5424 N SUNDOWN DR
TUCSON, AZ 85718

LAURA GODLEWSKI
11323 N EAGLE LANDING PL
ORO VALLEY, AZ 85737

LIFE TECHNOLOGIES - INVITROG
12088 COLLECTIONS CENTER DR
CHICAGO, IL 60693

LIFESCI ADVISORS LLC
250 W 55TH ST, 34TH FLOOR
NEW YORK, NY 10019

LINGLING AN
6290 N CAMINO KATRINA
TUCSON, AZ 85718

LOFTIN EQUIPMENT CO
PO BOX 641055
DALLAS, TX 75264-1055

MARYAM RASTEGAR
LUDWIGSTRAA YE 2
EGGENSTEIN-LEOPOLDSH 76344
GERMANY

MARYAM RASTEGAR
LUDWIGSTRAAÃŸE 2
EGGENSTEIN-LEOPOLDSH 76344
GERMANY

MCA FINANCIAL
4909 N 44TH ST
PHOENIX, AZ 85018

MCMASTER-CARR
PO BOX 7690
CHICAGO, IL 60680-7690

METTLER-TOLEDO RAININ, LLC
27006 NETWORK PLACE
CHICAGO, IL 60673-1270

MICHAEL JONES
2711 N KIVA PL
TUCSON, AZ 85715

MICROSOFT CORPORATION
PO BOX 842103
DALLAS, TX 75284-2103

MOVIANTO NEDERLAND B.V.
KELTENWEG 70
OSS 5342 LP
NETHERLANDS

NANOSYN INC.
3100 CENTRAL EXPRESSWAY
SANTA CLARA, CA 95051

NASDAQ CORPORATE SOLUTIONS
PO BOX 780700
PHILADELPHIA, PA 19178-0700

NEIL PRICE CONSULTING
22623 42ND DR SE
BOTHELL, WA 98021

NEW ENGLAND BIOLABS
PO BOX 3933
BOSTON, MA 02241-3933

NUVOGEN RESEARCH, LLC
ATTN: RICHARD KRIS
PO BOX 64326
TUCSON, AZ 85728

ODP BUSINESS SOLUTIONS, LLC
PO BOX 88040
CHICAGO, IL 60680-1040

PACIFIC OFFICE AUTOMATION
PO BOX 41602
PHILADELPHIA, PA 19101-1602

PEGASUS PROPERTIES
PO BOX 231333
ENCINITAS, CA 92023

PROSTAR ARIZONA INC.
DBA PARKS COFFEE
PO BOX 113000
CARROLLTON, TX 75011-3000

PRUDENTIAL OVERALL SUPPLY
4240 S FREMONT AVE
TUCSON, AZ 85714

ROBERT SPITALE
11 KAHLO COURT
IRVINE, CA 92617

ROCHE DIAGNOSTICS CORP.
MAIL CODE 5508
PO BOX 71209
CHARLOTTE, NC 28272-1209

SCALAR GROUP, INC.
PO BOX 1031
DRAPER, UT 84020

SECURITIES EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549

THE TARGETING GROUP LTD.
40B HEATH STREET
LONDON NW3 6TE
UNITED KINGDOM

VAT-ASSIST B.V.
RIVIUM PROMENADE 200
PO BOX 23540
ROTTERDAM 3001 KM
NETHERLANDS

SELINA GAERTNER
AUWALDSTRASSE 1
FREIBURG 79110
GERMANY

THOMAS SCIENTIFIC
1654 HIGH HILL RD
SWEDESBORO, NJ 08085

VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108

SELINA GAERTNER
AUWALDSTRASSE 1
FREIBURG 7910
GERMANY

TRAVELERS
CL REMITTANCE CENTER
PO BOX 660317
DALLAS, TX 75266-0317

VISTRA INTERNATIONAL EXPANS
HIGHLANDS HOUSE
READING
BERKSHIRE RG7 1NT
UNITED KINGDOM

SHAUN MCMEANS
1465 E RAM CANYON DR
ORO VALLEY, AZ 85737

TRULY NOLEN
3620 E SPEEDWAY BLVD
SUITE 201
TUCSON, AZ 85716-4018

VWR
PO BOX 640169
PITTSBURGH, PA 15264-0166

SIGMA-ALDRICH, INC.
PO BOX 734283
CHICAGO, IL 60673-4283

TRUMPCARD FREIGHT
23807 ALISO CREEK RD
SUITE 200
LAGUNA NIGUEL, CA 92677

WASTE MANAGEMENT OF ARIZO
PO BOX 7400
PASADENA, CA 91109-7400

SILICON VALLEY BANK
3003 TASMAN DR
SANTA CLARA, CA 95054

TUCSON CALIBRATION SERVICES
1665 E 18TH ST
SUITE 119
TUCSON, AZ 85719

WILLIAM ROCHE
972 W PINE ST
TUCSON, AZ 85704

SOUTHWEST METROLOGY
1550 W WETMORE ROAD #250
TUCSON, AZ 85705

TUCSON ELECTRIC POWER
PO BOX 5171
HARLAN, IA 51593-0671

WILLIAMSMARSTON LLC
800 BOYLSTON ST, 16TH FLOOR
BOSTON, MA 02199

STEPHEN BARAT
4 INDIA BROOK DR
MENDHAM, NJ 07945

TUCSON PATHOLOGY ASSOCIATES
7350 E SPEEDWAY BLVD
SUITE 101
TUCSON, AZ 85710

WUXI APP TEC (HONGKONG) LT
UNIT C, 20/F OFFICEPLUS @ MOK
NO. 998 CANTON RD
KOWLOON 999077
HONG KONG

TEAM BUILDERS PLUS
112 A CENTRE BLVD
MARLTON, NJ 08053

ULINE
PO BOX 88741
CHICAGO, IL 60680-1741

YURI MOROZ
18/16 SARATOVSKA ST
APT. 40
KYIV 03190
UKRAINE

TEKNOVA
2451 BERT DR
HOLLISTER, CA 95023

US BANK
200 S 6TH ST / EP-MN-L 18B
MINNEAPOLIS, MN 55402

# United States Bankruptcy Court
### District of Delaware

In re   **HTG Molecular Diagnostics, Inc.**                                    Case No.
                                    Debtor(s)                                  Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **HTG Molecular Diagnostics, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June  5, 2023** | **/s/ Frederick B. Rosner** |
| Date | **Frederick B. Rosner** |
| | Signature of Attorney or Litigant |
| | Counsel for   **HTG Molecular Diagnostics, Inc.** |
| | **The Rosner Law Group, LLC** |
| | **824 N Market St** |
| | **Suite 810** |
| | **Wilmington, DE 19801** |
| | **(302) 777-1111** |
| | **rosner@teamrosner.com** |